AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 22cv416-TWR-WVG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mina Ranjbar

was received by me on *(date)*  06/02/2022  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: 6/3/2022 at 6:15pm served "Jane Doe" (refused to provide name), resident who stated that the defendant was unknown to her. Left documents per clients instructions. Service completed at 6176 Agee St, Unit 93, San Diego, CA 92122-3627. Description: White/Female/50/5'5"/150/Brown Hair.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  06/07/2022

Server's signature

George Sano #PSC2623 Orange
Printed name and title

Writ Legal
P.O. Box 2249
Rockville, MD 20847
Server's address

Additional information regarding attempted service, etc: